USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
INTERNATIONAL HOUSE, individually and on behalf of all others similarly situated,

                          Plaintiffs,

            -against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.

                          Defendant.
------------------------------------------------------------ X

22-CV-8705 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 31, 2022, this case was reassigned to the Undersigned;

IT IS HEREBY ORDERED that all previously scheduled conferences and accompanying deadlines are CANCELLED.

IT IS FURTHER ORDERED that the parties should direct all future communications to the Undersigned.

**SO ORDERED.**

Date: November 2, 2022
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**