USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
INTERNATIONAL HOUSE, individually and on
behalf of all others similarly situated,

                      Plaintiffs,                    22-CV-8705 (VEC)

        -against-                            <u>ORDER</u>

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.

                      Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are currently scheduled to appear for a telephonic conference (the "Conference") before the Undersigned on January 4, 2023 at 11:00 A.M., *see* Dkt. 18 and;

WHEREAS the Court has concluded that the Conference is no longer necessary;

IT IS HEREBY ORDERED that the Conference is canceled.

**SO ORDERED.**

**Date: January 3, 2023**
**New York, NY**

                                                          */s/ Valerie Caproni*
                                            **VALERIE CAPRONI**
                                            **United States District Judge**