USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
INTERNATIONAL HOUSE, individually and on behalf of all others similarly situated,

         Plaintiffs,    22-CV-8705 (VEC)

    -against-       ORDER

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.

         Defendant.
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on October 13, 2022, Plaintiffs filed this action, *see* Compl., Dkt. 1;

  WHEREAS on January 11, 2023, Defendant moved to dismiss the Complaint, *see* Not. of Mot., Dkt. 20; and

  WHEREAS on February 1, 2023, Plaintiffs filed an Amended Complaint, *see* Am. Compl., Dkt. 24;

  IT IS HEREBY ORDERED that Defendant's motion to dismiss is DENIED as moot. The Clerk of Court is respectfully directed to close the open motion at Dkt. 20.

**SO ORDERED.**

Date: **February 2, 2023**
   **New York, NY**

                   _____
                   **VALERIE CAPRONI**
                   **United States District Judge**